# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KATHLEEN BRIORDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-0295 |
| ) | Judge Echols |
| CHLOE FOODS CORPORATION and ) | |
| STEVE STACHLER, individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) Defendant Chloe Foods Corporation's Motion for Summary Judgment (Docket Entry No. 29) is hereby GRANTED IN PART and DENIED IN PART as follows:

    (A) The Motion is hereby GRANTED with respect to Plaintiff's claims against Chloe Foods for assault, battery, the intentional infliction of emotional distress/outrageous conduct, and the negligent infliction of emotional distress;

    (B) The Motion is hereby DENIED with respect to Plaintiff's claims against Chloe Foods under Title VII and the THRA for a hostile work environment and retaliation;

(2) Defendant Steve Stachler's Motion for Summary Judgment (Docket Entry No. 33) is hereby GRANTED IN PART and DENIED IN PART as follows:

    (A) The Motion is hereby GRANTED with respect to Plaintiff's claims against Steve Stachler for the intentional infliction of emotional distress/outrageous conduct and for the negligent infliction of emotional distress; and

1

(B) The Motion is hereby DENIED with respect to Plaintiff's claims against Steve Stachler under the THRA for retaliation, aiding and abetting retaliation, and Plaintiff's common law claims for assault and battery.

A pretrial conference will be held on March 3, 2008 at 2:30 p.m., as previously scheduled. The trial date of April 1, 2008 is hereby confirmed.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE